**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ALLAN GRAINGER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1302 |
| | § | |
| BOH ENVIRONMENTAL LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The parties filed a joint motion to reset the status conference set for April 28, 2015. (Docket

Entry No. 37). The motion is granted. The status conference is reset to **May 14, 2015, at 3:30 p.m.**

SIGNED on April 22, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge